COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-235-CV

 

IN RE RICKY DERZAPF                                                             RELATOR

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

We have
considered Relator=s APetition
for Writ of Mandamus and Emergency Request For Stay@ and AAgreed
Motion to Dismiss Petition for Writ of Mandamus and Emergency Request for Stay
of Order and Proceedings.@ 
It is the court=s opinion that the agreed motion
to dismiss should be granted; therefore, we vacate our order of July 17, 2009
and dismiss this original proceeding.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER
CURIAM

PANEL:  MCCOY and GARDNER, JJ.

DELIVERED:  August 19, 2009











     [1]See
Tex. R. App. P. 47.4.